```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GARY LA BARBERA, THOMAS GESUALDI,        *
LOUIS BISIGNANO, ANTHONY PIROZZI,        *
FRANK FINKEL, JOSEPH FERRARA, SR.,       *
CHRISTOPHER WARD,                        *
MARC HERBST AND THOMAS PIALI,            *
Trustees and Fiduciaries of the Local 282 *      08 CV 0231 (LBS)
Welfare, Pension, Annuity, Job Training  *
and Vacation and Sick Leave Trust Funds, *
                                         *
                    Plaintiffs,          *
                                         *
        - against -                      *
                                         *
DURSO TRANSPORTATION CORP.               *
                                         *
                    Defendant.           *
------------------------------------------------------------X
```

## STIPULATION OF DISCONTINUANCE

WHEREAS the parties have agreed to discontinue this action as to Defendant, it is hereby

STIPULATED and agreed by and between counsel for the respective parties hereto that, pursuant to Fed. R. Civ. P. 41(a)(1), the above-captioned action shall be discontinued.

Dated: April 1, 2008                                          Dated: April 1, 2008


        FRIEDMAN & WOLF                                MICHAEL P. O'CONNOR

By: _____                    By: _____
        Michael Bauman (MB-9118)                       Michael P. O'Connor, Esq.
        1500 Broadway, Suite 2300                      10 Esquire Road, Suite 14
        New York, New York 10036                       New City, N.Y. 10956

        (212) 354-4500                                 (845) 638-1956

        Attorneys for Plaintiffs                       Attorney for Defendant

Author: ARL   Doc Number:63490