*SAND, S.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

GARY LA BARBERA, THOMAS GESUALDI,
LOUIS BISIGNANO, ANTHONY PIROZZI,
FRANK FINKEL, JOSEPH FERRARA, SR.,
CHRISTOPHER WARD,
MARC HERBST AND THOMAS PIALI,
Trustees and Fiduciaries of the Local 282
Welfare, Pension, Annuity, Job Training
and Vacation and Sick Leave Trust Funds,

                         Plaintiffs,

         - against -

DURSO TRANSPORTATION CORP.

                         Defendant.
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-29-08

08 CV 0231 (LBS)

## STIPULATION OF DISCONTINUANCE

         WHEREAS the parties have agreed to discontinue this action as to

Defendant, it is hereby

         STIPULATED and agreed by and between counsel for the

respective parties hereto that, pursuant to Fed. R. Civ. P. 41(a)(1), the above-captioned action

shall be discontinued.

Dated: April 1, 2008                               Dated: April 1, 2008


FRIEDMAN & WOLF                                    MICHAEL P. O'CONNOR

By: _____                         By: _____
Michael Friedman (MB-9118)                          Michael P. O'Connor, Esq.
1500 Broadway, Suite 2300                           10 Esquire Road, Suite 14
New York, New York 10036                            New City, N.Y.  10956

(212) 354-4500                                      (845) 638-1956

Attorneys for Plaintiffs                            Attorney for Defendant


                                          SO ORDERED.

                                          _____
                                                    U.S.D.J.
                                                    4/29/08

                                  2